

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTER TECHNOLOGY CORP., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 08-2907 |
| v. | : | |
| | : | |
| ALLEGHENY TECHNOLOGIES, INC., et al., | : | |
| Defendants | : | |

O R D E R

STENGEL, J.

AND NOW, this 15th day of July, 2009, upon consideration of the defendants' Motion to Dismiss (Document #33) and the plaintiff's response thereto, it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART, as follows:

1. The motion to dismiss Count VII for failure to plead a relevant market is GRANTED, and the count is DISMISSED WITHOUT PREJUDICE. The plaintiff shall have fourteen (14) days from the date of this Order to amend its pleadings with respect to the definition of the relevant market;

2. The motion to dismiss the conspiracy to monopolize claim contained in Count VII is GRANTED, and the claim is DISMISSED;

3. The motion to dismiss the attempted monopolization claim contained in Count VII is DENIED;

4.     The motion to dismiss Count VIII is DENIED.

                          BY THE COURT:

                          _____
                          LAWRENCE F. STENGEL, J.

ENTERED
JUL 16 2009
CLERK OF COURT