IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPENTER TECHNOLOGY CORP.,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 08-2907 |
| | : | |
| **ALLEGHENY TECHNOLOGIES INC., et al.,** | : | |
| | : | |
| **Defendants** | | |

## O R D E R

**AND NOW,** this    2nd    day of August, 2011, upon careful consideration of the plaintiff's motion for summary judgment on the issue of obviousness (Document No. 80), the defendants' response thereto (Document No. 88), and the plaintiff's reply, IT IS HERE BY ORDERED that the motion is **DENIED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.