IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPENTER TECHNOLOGY CORP.,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-2907 |
| | : | |
| **ALLEGHENY TECHNOLOGIES INC., et al.,** | : | |
| Defendants | : | |

**O R D E R**

**AND NOW,** this   18th   day of August, 2011, upon careful consideration of the defendant's motion for partial summary judgment in its favor on Count VIII of the Second Amended Complaint alleging unfair competition under the Lanham Act (Document No. 78), plaintiff's response thereto, and defendant's reply, IT IS HEREBY ORDERED that the motion is **GRANTED.** Count VIII of the Second Amended Complaint is **DISMISSED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.