IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTER TECHNOLOGY CORP., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-2907 |
| | : | |
| ALLEGHENY TECHNOLOGIES INC., et al., | : | |
| | : | |
| Defendants | | |

# O R D E R

**AND NOW,** this 29th day of September, 2011, upon careful consideration of the defendant's motion for partial summary judgment in its favor on Count VII of the Second Amended Complaint alleging antitrust violations of the Sherman Act (Doc. No. 77), plaintiff's response thereto, and defendant's reply, IT IS HEREBY ORDERED that the motion is **GRANTED.**  Count VII of the Second Amended Complaint is **DISMISSED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.