IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPENTER TECHNOLOGY CORP.,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 08-2907 |
| | : | |
| **ALLEGHENY TECHNOLOGIES** | : | |
| **INC., et al.,** | : | |
| **Defendants** | | |

## O R D E R

**AND NOW,** this 29th day of September, 2011, upon careful consideration of the defendants' motion for partial summary judgment on the issue of the on-sale bar (Doc. No. 76), the plaintiff's response thereto (Doc. No. 90), and the defendants' reply (Doc. No. 91), and upon careful consideration of the plaintiff's motion for partial summary judgment on the issue of the on-sale bar (Doc. No. 79), the defendants' response thereto (Doc. No. 89), and the plaintiff's reply (Doc. No. 93), IT IS HEREBY ORDERED that the motions (Doc. Nos. 76, 79) are **DENIED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.