IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTER TECHNOLOGY CORP., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 08-2907 |
| | : | |
| ALLEGHENY TECHNOLOGIES, INC., | : | |
| and ATI PROPERTIES, INC., | : | |
| Defendants. | : | |

# O R D E R

**AND NOW,** this 13th day of November 2012, upon consideration of Defendants' Motion *In Limine* to Exclude Evidence Pertaining to the Parties' Pre-Suit License/Settlement Negotiations (Doc. No. 120), Defendants' Memorandum in Support thereof (Doc. No. 117), and Plaintiff's Response (Doc. No. 140), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. Carpenter is precluded at trial from offering any evidence of pre-suit settlement/license communications, negotiations, and draft settlement/license agreements between it and ATI for the purpose of measuring ATI's damages;

2. Carpenter may, however, introduce such evidence for the limited purpose of defending against ATI's claim of willful infringement;

3. The Court will provide appropriate instruction where necessary at trial.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.