# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPENTER TECHNOLOGY CORP.,** : | | **CIVIL ACTION** |
| Plaintiff, : | | |
| : | | |
| v. : | | **NO. 08-2907** |
| : | | |
| **ALLEGHENY TECHNOLOGIES, INC.,** : | | |
| **and ATI PROPERTIES, INC.,** : | | |
| Defendants. : | | |

## O R D E R

**AND NOW,** this   14th   day of November 2012, upon consideration of Defendants' *Daubert* Motion to Exclude the Testimony of Carpenter's Expert Dr. Alec Mitchell (Doc. No. 118), Defendants' Memorandum of Law in Support thereof (Doc. No. 116), and Plaintiff's Response (Doc. No. 140), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.