# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPENTER TECHNOLOGY CORP.,** : | | **CIVIL ACTION** |
| Plaintiff, : | | |
| : | | |
| v. : | | **NO. 08-2907** |
| : | | |
| **ALLEGHENY TECHNOLOGIES** : | | |
| **INCORPORATED and ATI** : | | |
| **PROPERTIES, INC.,** : | | |
| Defendants. : | | |

## O R D E R

**AND NOW,** this 22nd day of May 2013, upon consideration of Defendants' Motion for Partial Summary Judgment on Inequitable Conduct (Doc. No. 195), Plaintiff's Response thereto (Doc. No. 198), and Defendants' Reply (Doc. No. 200), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that judgment is entered in Defendants' favor on Counts V and VI of Plaintiff's second amended complaint and on Plaintiff's sixth additional defense to Defendants' counterclaims.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.